Case: 1:26-mj-00091
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 5/27/2026
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

On May 23rd, at approximately 2117 hours, your affiant, along with Metropolitan Police Department ("MPD") Officers ███████████████████████████ were patrolling in PSA 507 in a marked MPD cruiser.

Officers observed a black in color Dodge Charger bearing North Carolina Tag "KBK9644" driving southbound on the 500 block of 16th street NE and failed to stop before solid white line at the stop sign. Officers conducted a traffic stop on the vehicle at 1500 Block of F Street NE. Officers approached the driver and front passenger and advised the driver Kelvin Rene PARKER Jr, (hereinafter PARKER) of the traffic violation and requested documentation such as driver's license, registration and proof of insurance. Your affiant observed an unsealed open container of alcohol in the rear passenger seat behind front seat passenger, P-1. Officer stepped both occupants out of the vehicle. PARKER stepped out of the vehicle and was ordered to stand at the rear of the aforementioned vehicle.

PARKER placed two items, including a passport, on the trunk of the vehicle and immediately began running from officers.



*PARKER Throwing Items and Starting to Run*



*PARKER Fleeing*

Lt. Kniseley and Ofc. Huang observed a firearm eject out of PARKER's person and land on the ground making a loud distinctive metal sound. Officers then detained PARKER.



*Officers Standing Over Firearm (Yellow); PARKER's Location (Red)*

The firearm was recovered from the ground near PARKER. It was a black Sig Sauer, P365, with a 17-round capacity magazine with 17 9mm rounds in the magazine.



*Firearm on the Ground On Scene*



*Firearm After Recovery*



*Ammunition Recovered from the Magazine*

Your affiant and other officers detained P-1.  Your affiant also confirmed that the open container of alcohol was an alcoholic beverage. Specifically, the odor emanating from "Lunazul Tequila 40% alc. by vol" was consistent of alcohol and the container had drinkable amount of alcohol.

During a search incident to arrest, officers recovered THC wax from PARKER's person. During search incident to arrest of the vehicle, Officers recovered 5 THC Pens, 2 THC vapes and 18 orange pills marked as "020" inside of a pill bottle from the vehicle. The orange pills were not prescribed to P-1. It should be noted that the aforementioned vehicle was registered to P-1.

It was confirmed that PARKER did not have a license to carry a handgun in the District of Columbia.  A criminal history check showed that PARKER was previously convicted in 2004 in D.C. Superior Court Case number 2002-FEL-007626 of: Second Degree Murder While Armed and Possession of a Firearm During a Crime of Violence and sentenced to 20 years of incarceration and 5 years of supervised release.  Accordingly, PARKER would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he was possessing the firearm and ammunition.

Your affiant is aware there are no firearm or ammunition manufacturers in the District of Columbia.  Therefore, the firearm and ammunition described above necessarily traveled in interstate commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge Kelvin Rene PARKER Jr. with violation of 18 U.S.C. 922(g)(1) **(Unlawful Possession of a Firearm and Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)**.



Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 27, 2026

_____

Honorable Moxila A. Upadhyaya
United States Magistrate Judge